Robert J. Muller, SBN 189651
bob@cypressllp.com
Hyura E. Choi, SBN 240533
hyura@cypressllp.com
CYPRESS, LLP
11111 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone: (424) 901-0123
Facsimile: (424) 750-5100

Attorneys for Plaintiff Susan Jansen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SUSAN JANSEN, an individual, | Case No. CV10-01361-GW (VBKx) |
| Plaintiff, | Hon. George H. Wu |
| v. | |
| EDGE HEALTH SOLUTIONS, INC., a Canadian corporation, and DOES 1-10, inclusive, | STIPULATED JUDGMENT |
| Defendants. | |

Pursuant to the parties' Stipulation for Entry of Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Susan Jansen shall recover from defendant Edge Health Solutions, Inc., the sum of $121,610.96, plus reasonable costs, fees and amounts due under this stipulated judgment, to be determined by post-judgment motion.

Dated: July 28, 2011

_____
Hon. George H. Wu
DISTRICT COURT JUDGE

STIPULATED JUDGMENT